# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Marzella Bowman

                                             Plaintiff,

v.                                                    Case No.: 1:12−cv−06265

                                                       Honorable Joan H. Lefkow

State of Illinois Department of Healthcare and Family Services, et al.

                                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 11, 2015:

      MINUTE entry before the Honorable Joan H. Lefkow:Status hearing held on 3/11/2015 and continued to 4/29/2015 at 10:00 AM. Discovery scheduling dates are extended. Non−expert discovery will close on 4/30/2015. The cut−off date for designation of plaintiffs trial expert(s) is 5/27/2015; for defendants trial expert(s) is 6/29/2015.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.